American Kinetics Lab, Inc. v GEICO Gen. Ins. Co. (2022 NY Slip Op
51267(U))

[*1]

American Kinetics Lab, Inc. v GEICO Gen. Ins. Co.

2022 NY Slip Op 51267(U) [77 Misc 3d 135(A)]

Decided on December 2, 2022

Appellate Term, Second Department

Published by New York State Law Reporting
Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be
published in the printed Official Reports.

Decided on December 2, 2022
SUPREME COURT, APPELLATE TERM, SECOND
DEPARTMENT, 2d, 11th and 13th JUDICIAL DISTRICTS
PRESENT: : THOMAS P. ALIOTTA, P.J., WAVNY TOUSSAINT,
CHEREÉ A. BUGGS, JJ

2020-695 K C

American Kinetics Lab, Inc., as
Assignee of Tiesha Torres, Respondent, 
against
GEICO General Insurance Company, Appellant.

Rivkin Radler, LLP (Stuart M. Bodoff of counsel), for appellant.
Law Office of Emilia I. Rutigliano, P.C., for respondent (no brief filed).

Appeal from an order of the Civil Court of the City of New York, Kings County
(Sandra E. Roper, J.), entered November 14, 2019. The order, insofar as appealed from
and as limited by the brief, denied defendant's cross motion for summary judgment
dismissing the complaint.

ORDERED that the order, insofar as appealed from, is reversed, with $30 costs, and
defendant's cross motion for summary judgment dismissing the complaint is granted
without prejudice.
In this action by a provider to recover assigned first-party no-fault benefits, in an
order dated November 14, 2019, insofar as appealed from and as limited by the brief, the
Civil Court denied defendant's cross motion for summary judgment dismissing the
complaint.
The proof submitted by defendant in support of its cross motion for summary
judgment established that defendant had timely mailed its initial and follow-up
verification requests (see St.
Vincent's Hosp. of Richmond v Government Empls. Ins. Co., 50 AD3d 1123
[2008]) and that defendant had not received the requested verification. Plaintiff raised no
triable of fact in opposition. Thus, the action is premature and the complaint must be
dismissed without prejudice (see
Central Suffolk Hosp. v New York Cent. Mut. Fire Ins. Co., 24 AD3d 492
[2005]; AOM [*2]Med. Supply, Inc. v Hereford Ins. Co., 69 Misc 3d
142[A], 2020 NY Slip Op 51366[U] [App Term, 2d Dept, 2d, 11th & 13th Jud
Dists 2020]; Broadway Massage
Therapy, P.C. v Citiwide Auto Leasing, 55 Misc 3d 132[A], 2017 NY Slip Op
50426[U] [App Term, 2d Dept, 2d, 11th & 13th Jud Dists 2017]).
Accordingly, the order, insofar as appealed from, is reversed and defendant's cross
motion for summary judgment dismissing the complaint is granted without
prejudice.
ALIOTTA, P.J., TOUSSAINT and BUGGS, JJ., concur.
ENTER:
Paul Kenny
Chief Clerk
Decision Date: December 2, 2022